UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GEORGE HENDERSON,

                Plaintiff,                Case No.: 1:23-cv-00694-AMN-ML

    -v-

GENERAL STAR INDEMNITY COMPANY,

                Defendant,

------------------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and as a follow-up to the Court's November 3, 2023 notification (ECF 20), Plaintiff, George Henderson and Defendant, General Star Indemnity Company, by and through undersigned counsel, hereby stipulate that no party hereto is an infant or incompetent and that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

| | |
|---|---|
| Dated: December 15, 2023<br>Schenectady, New York | Dated: December 15, 2023<br>New York, New York |
| By:      /s/<br>John F. Harwick, Esq.<br>Jones Hacker Murphy, LLP<br>Attorneys for Plaintiff<br>200 Harborside Drive, Suite 300<br>Schenectady, New York 12305<br>(518) 274-5875 | By:      /s/<br>Alexander W. Cogbill, Esq.<br>Zelle LLP<br>Attorneys for Defendant<br>45 Broadway, Suite 920<br>New York, New York 10006<br>(646) 876-4420 |

IT IS SO ORDERED:

_/s/ Anne M. Nardacci_
Anne M. Nardacci
U.S. District Judge

Dated: December 15, 2023
Albany, NY

**PROOF OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSMAL WITH PREJUDICE was served on all parties via ECF on December 15, 2023.